# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

In re:

Michael John Riehm,                                    Case No.: 18-43863
                                                       Chapter 7 Case

        Debtor.

Michael John Riehm,

        Plaintiff,                              Adv. Case No.: 20-04136

    v.                                          **STIPULATION FOR DISMISSAL**
Educational Credit Management Corporation      **WITHOUT PREJUDICE**
(ECMC) and U.S. Department of Education

        Defendants.

The parties, at the Plaintiff's request, hereby stipulate to the dismissal of this action, without prejudice, so that the Plaintiff can pursue administrative remedies offered by the U.S. Department of Education. Each party shall bear their own costs and attorneys' fees.

The Parties further stipulate that judgment effecting this stipulation be entered immediately.

Dated: February 2, 2022

                /s/ A.L. Brown
                A.L. Brown (#0331909)
                Capitol City Law Group, LLC
                The Allen Building
                287 East Sixth Street, Suite 20
                Saint Paul, Minnesota 55101
                Phone: (651) 705-8580
                E-mail: a.l.brown@cclawg.com
                Attorney for ECMC

Dated: February 2, 2022

                /s/ Michael J. Riehm
                Michael Riehm,  Plaintiff, *Pro se*

1